1  LAWRENCE J. SEMENZA, III, Esq., Bar No. 7174
   Email: ljs@skrlawyers.com
2  CHRISTOPHER D. KIRCHER, Esq., Bar No. 11176
   Email: cdk@skrlawyers.com
3  JARROD L. RICKARD, Esq., Bar No. 10203
   Email: jlr@skrlawyers.com
4  SEMENZA KIRCHER RICKARD
5  10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
6  Telephone: (702) 835-6803
   Facsimile: (702) 920-8669
7

8  *Attorneys for Charles M. Hallinan
   and Hallinan Capital Corp.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries,<br><br>                    Plaintiff,<br>v.<br>CHARLES M. HALLINAN, an individual; HALLINAN CAPITAL CORP., a Delaware corporation; DOES I-X; and ROE CORPORATIONS I-X,<br><br>                    Defendants. | Case No. 2:17-cv-02966-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(First Request)** |

1

Plaintiff, Court-Appointed Monitor Thomas W. McNamara ("Plaintiff"), by and through his counsel, Michael F. Lynch of the Lynch Law Practice, PLLC and Edward Chang and Logan Smith of McNamara Smith LLP and Defendants Charles M. Hallinan and Hallinan Capital Corp. ("Defendants"), by and through their counsel, Jarrod L. Rickard of Semenza Kircher Rickard, hereby stipulate to the following:

1. That the deadline for Defendants to file their responsive pleading to Plaintiff's Complaint, filed on November 29, 2017, is currently scheduled on the Docket for December 28, 2017;

2. That Defendants require additional time beyond the current deadline in light of the following: (i) Defendants' undersigned counsel was only recently retained on or about December 22, 2017; (ii) this matter involves novel issues of fact and law; (iii) Defendants' counsel has pre-existing travel plans for the holidays; and (iv) Defendants' counsel has other client commitments;

3. Therefore, Defendants shall have up to and including January 29, 2018 to file their response to Plaintiff's Complaint.

///
///
///

Dated this 29th day of December 2017.

Dated this 29th day of December 2017.

SEMENZA KIRCHER RICKARD

LYNCH LAW PRACTICE, PLLC

*/s/Jarrod L Rickard*
Jarrod L. Rickard, Esq.
Nevada Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145

*Attorneys for Charles M. Hallinan and Hallinan Capital Corp.*

/s/ *Michael F. Lynch*
Michael F. Lynch (NV 8555)
3613 S. Eastern Ave.
Las Vegas, Nevada 89169

Logan Smith
(will comply with LR IA 11-2 within 10 days)
Edward Chang (NV 11783)
MCNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, California 92101

*Attorneys for Thomas W. McNamara, in his capacity as Court-Appointed Monitor*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: