Logan D. Smith
(admitted pro hac vice)
Edward Chang
Nevada Bar No. 11783
MCNAMARA SMITH LLP
655 West Broadway
Suite 1600
San Diego, CA 92101
619-269-0400
619-269-0401 (fax)
lsmith@mcnamarallp.com
echang@mcnamarallp.com

Michael F Lynch
Nevada Bar No. 8555
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, NV 89169
(702) 684-6000
(702) 543-3279 (fax)
Michael@LynchLawPractice.com

Attorneys for Thomas W. McNamara,
in his capacity as Court-Appointed Monitor

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor,[1]<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES M. HALLINAN, an individual; HALLINAN CAPITAL CORP., a Delaware corporation; DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.: 2:17-cv-002966-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, STAY THE PROCEEDINGS**<br><br>**FIRST REQUEST** |

Plaintiff and Defendants stipulate and agree as follows:

/ / /

/ / /

---

[1] Mr. McNamara is acting in his capacity as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries.

1  WHEREAS, Defendants Charles Hallinan and Hallinan Capital Corp.'s Motion to Dismiss Plaintiff's Complaint or, in the Alternative, Stay the Proceedings (the "Motion to Dismiss") was filed on January 29, 2018 (ECF No. 17);

WHEREAS, Plaintiff's deadline to file its response to the Motion to Dismiss is currently February 12, 2018; and

WHEREAS, the parties stipulate, subject to Court approval, that Plaintiff's deadline to file its response to the Motion to Dismiss shall be extended by 4 weeks, to March 12, 2018.

| Dated February 9, 2018. | Dated February 9, 2018. |
|---|---|
| SEMENZA KIRCHER RICKARD | LYNCH LAW PRACTICE, PLLC |
| /s/ Jarrod L Rickard | /s/ Michael F. Lynch |
| Lawrence J. Semenza, III, Esq.<br>Nevada Bar No. 7174<br>Jarrod L. Rickard<br>Nevada Bar No. 10203<br>10161 Park Run Drive, Suite 150<br>Las Vegas, NV 89145<br><br>*Attorneys for Charles M. Hallinan and Hallinan Capital Corp.* | Michael F. Lynch (NV 8555)<br>3613 S. Eastern Ave.<br>Las Vegas, Nevada 89169<br><br>Logan D. Smith<br>(admitted pro hac vice)<br>Edward Chang<br>Nevada Bar No. 11783<br>MCNAMARA SMITH LLP<br>655 West Broadway<br>Suite 1600<br>San Diego, CA 92101<br><br>*Attorneys for Thomas W. McNamara, in his capacity as Court-Appointed Monitor* |

**IT IS SO ORDERED.**

_____
UNITED STATES           UDGE

Dated:
       March 14, 2018