LAWRENCE J. SEMENZA, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
CHRISTOPHER D. KIRCHER, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
JARROD L. RICKARD, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Charles M. Hallinan
and Hallinan Capital Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries,<br><br>      Plaintiff,<br>v.<br>CHARLES M. HALLINAN, an individual; HALLINAN CAPITAL CORP., a Delaware corporation; DOES I-X; and ROE CORPORATIONS I-X,<br><br>      Defendants. | Case No. 2:17-cv-02966-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO MONITOR'S RESPONSE TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, STAY THE PROCEEDINGS**<br><br>**(FIRST REQUEST)** |

Plaintiff, Court-Appointed Monitor Thomas W. McNamara ("Plaintiff"), by and through his counsel, Michael F. Lynch of the Lynch Law Practice, PLLC and Edward Chang and Logan Smith of McNamara Smith LLP and Defendants Charles M. Hallinan and Hallinan Capital Corp. ("Defendants"), by and through their counsel, Jarrod L. Rickard of Semenza Kircher Rickard, hereby stipulate to the following:

WHEREAS, Defendants' Motion to Dismiss Plaintiff's Complaint or, in the Alternative, Stay the Proceedings (the "Motion to Dismiss") was filed on January 29, 2018 (ECF No. 17);

WHEREAS, Plaintiff filed its Response to the Motion to Dismiss on March 12, 2018 (ECF No. 20);

WHEREAS, Defendants' deadline to file its reply to Plaintiff's Response to the Motion to Dismiss is currently March 19, 2018; and

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

SEMENZA KIRCHER RICKARD
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1    WHEREAS, the parties stipulate, subject to Court approval, that Defendants' deadline to

2    file its reply to the Motion to Dismiss shall be extended by 1 week, to March 26, 2018.

3    Dated this 16th day of March 2018.          Dated this 16th day of March 2018.

4    SEMENZA KIRCHER RICKARD              LYNCH LAW PRACTICE, PLLC

5

6    /s/Jarrod L Rickard                           /s/ Michael F. Lynch
     Jarrod L. Rickard, Esq.                       Michael F. Lynch (NV 8555)
7    Nevada Bar No. 10203                          3613 S. Eastern Ave.
     10161 Park Run Drive, Suite 150               Las Vegas, Nevada 89169
8    Las Vegas, NV 89145

9                                                  Logan Smith (*Admitted Pro Hac Vice*)
     *Attorneys for Charles M. Hallinan*           Edward Chang (NV 11783)
10   *and Hallinan Capital Corp.*                  MCNAMARA SMITH LLP
                                                   655 West Broadway, Suite 1600
11                                                 San Diego, California 92101

12                                                 *Attorneys for Thomas W. McNamara, in his*
                                                   *capacity as Court-Appointed Monitor*
13

14

15   **IT IS SO ORDERED.**

16

17

18   _____
     UNITED STATES DISTRICT COURT JUDGE
19

20   Dated:  3/19/2018

21

22

23

24

25

26

27

28