# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS W. MCNAMARA,

    Plaintiff(s),

v.

CHARLES M. HALLINAN, et al.,

    Defendant(s).

Case No.: 2:17-cv-02966-KJD-NJK

**Order**

As the parties acknowledge, the local rules required them to file a discovery plan in this case by March 14, 2018. Docket No. 26 at 2. Nonetheless, the parties have filed a status report informing the Court that they did not comply with the local rules and that Defendant instead intends to file a motion to stay discovery by April 30, 2018. *Id.* The Court begins by reminding the parties that stipulations impacting court proceedings require court approval. *See* Local Rule 7-1(b). The Court expects strict compliance with that local rule (and all other applicable rules) moving forward. In light of the situation, the Court hereby **ORDERS** that a motion to stay discovery be filed no later than April 24, 2018, that any response thereto by filed no later than April 26, 2018, and that any reply be filed no later than April 27, 2018.[1]

---

[1] The Court reminds the parties that CM/ECF may automatically generate briefing deadlines based on the default rules, but that the deadlines set herein will govern regardless of any such automatically-generated deadlines. *See, e.g.*, Local Rule 3-1(d).

1

The parties shall also promptly convene the Rule 26(f) conference, and the Court hereby **ORDERS** that they file a proposed discovery plan by April 27, 2018 for the Court's consideration in the event it denies the motion to stay discovery.

IT IS SO ORDERED.

Dated: April 18, 2018

_____
Nancy J. Koppe
United States Magistrate Judge