# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Re: Thomas W. McNamara's Litigation Pursuant to Appointment Order in *Fed. Trade Comm'n v. AMG Servs., Inc.*, 2:12-cv-00536-GMN-VCF | 2:17-cv-02966-KJD-NJK<br>2:17-cv-02967-JAD-PAL<br>2:17-cv-02968-JCM-NJK<br>2:17-cv-02969-JAD-CWH |

## OMNIBUS TRANSFER ORDER

Thomas W. McNamara ("McNamara") filed the above-captioned cases pursuant to his authority as court-appointed monitor over the judgment debtor's assets in *Fed. Trade Comm'n v. AMG Servs., Inc.*, 2:12-cv-00536-GMN-VCF. In the order appointing McNamara (the "Appointment Order"), Chief Judge Gloria M. Navarro retained exclusive jurisdiction over disputes relating to McNamara's authority as monitor. (*See* Appointment Order, 2:12-cv-00536, ECF No. 1099). The exclusive jurisdiction includes disputes over the scope of McNamara's authority and whether certain entities and assets are a part of the Monitorship Estate. (*Id.* 4:5–6, 11:7–8, 23:16–19).

Because the above-captioned cases concern questions regarding the scope of McNamara's authority and whether certain entities or assets are included in the Monitorship Estate, they are subject to Chief Judge Navarro's exclusive jurisdiction. Accordingly, THE UNDERSIGNED JUDGES **HEREBY ORDER** each of these cases to be **TRANSFERRED and REASSIGNED** to Chief Judge Gloria M. Navarro for all further proceedings:

2:17-cv-02966-KJD-NJK McNamara v. Hallinan, et al.

2:17-cv-02967-JAD-PAL McNamara v. Hallinan, et al.

2:17-cv-02968-JCM-NJK McNamara v. Patten, et al.

2:17-cv-02969-JAD-CWH McNamara v. Selling Source, LLC, et al.

**IT IS FURTHER ORDERED** that McNamara shall file a copy of this Order in any future suits he brings in this District in his capacity as Monitor pursuant to the Appointment Order in *Fed. Trade Comm'n v. AMG Servs., Inc.*, 2:12-cv-00536-GMN-VCF (ECF No. 1099).

**DATED** this __2__ day of October, 2018.

_____  
Gloria M. Navarro, Chief Judge  
United States District Judge

_____  
Kent J. Dawson  
United States District Judge

_____  
Jennifer A. Dorsey  
United States District Judge

_____  
James C. Mahan  
United States District Judge