SEMENZA KIRCHER RICKARD
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1  LAWRENCE J. SEMENZA, III, Esq., Bar No. 7174
   Email: ljs@skrlawyers.com
2  CHRISTOPHER D. KIRCHER, Esq., Bar No. 11176
   Email: cdk@skrlawyers.com
3  JARROD L. RICKARD, Esq., Bar No. 10203
   Email: jlr@skrlawyers.com
4  SEMENZA KIRCHER RICKARD
5  10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
6  Telephone: (702) 835-6803
   Facsimile: (702) 920-8669
7

8  Adam Petitt, Esq. (*admitted Pro Hac Vice*)
   STRADLEY RONON STEVENS & YOUNG, LLP
9  2005 Market Street, Suite 2600
   Philadelphia, PA 19103-7018
10 Telephone: (215) 564-8130
   Facsimile: (215) 564-8120
11

12 *Attorneys for Charles M. Hallinan*
   *and Hallinan Capital Corp.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries,<br><br>Plaintiff,<br>v.<br>CHARLES M. HALLINAN, an individual; | Case No. 2:17-cv-02966-~~KJD~~-NJK **GMN**<br><br>**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE DEADLINE TO RESPOND TO MONITOR'S MOTION TO COMPEL DISCOVERY FROM DEFENDANT HALLINAN CAPITAL CORP. (ECF NO. 68)**<br><br>**(FIRST REQUEST)** |

1

SEMENZA KIRCHER RICKARD
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

| | |
|---|---|
| 1 | HALLINAN CAPITAL CORP., a Delaware corporation; DOES I-X; and ROE CORPORATIONS I-X, |
| 2 | |
| 3 | Defendants. |

Defendants Charles M. Hallinan and Hallinan Capital Corp. ("Defendants") hereby request a brief extension, until February 1, 2018, to file their Response to Plaintiff Court-Appointed Monitor Thomas W. McNamara's ("Plaintiff") Motion Compel Discovery from Defendant Hallinan Capital Corp. (ECF No. 68). Currently, Defendants' Response is due January 28, 2019.

Defendants' counsel has the current conflicts, among others, that necessitate a brief extension of the Response deadline: (1) Defendants' lead counsel has a deadline in another matter which requires counsel's immediate attention on January 25, 2019; (2) Due to childcare obligations on January 26-27, 2019; (3) Defendants' lead counsel is precluded from working on Defendants' Response during this time; (4) On January 30, 2019, counsel for Plaintiff and Defendants will both be attending the scheduled deposition of Linda Hallinan and Defendants' lead counsel will be unable to work on Defendants' Response; (5) Defendants' lead counsel is scheduled to be in Baltimore, MD for an appellate oral hearing before the Circuit Court for Montgomery County, Maryland, on Thursday January 31, 2019, and New York, NY for a motion hearing before the Supreme Court of New York, Bronx County, on February 1, 2019. Defendants' lead counsel's preparation for the aforementioned hearings is required in the preceding days.

In anticipation of filing this Motion, Defendants' counsel reached out to Plaintiff's counsel. Plaintiff's counsel confirmed that Plaintiff does not oppose an extension until Wednesday, January 30, 2019, and takes no position with respect to moving the deadline to February 1, 2019.

///

///

///

2

SEMENZA KIRCHER RICKARD
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

Based upon the foregoing stated conflicts with Defendants' lead counsel's schedule and no open objection by Plaintiff, Defendants submit that good cause exists to move the Response deadline to February 1, 2019.

DATED this 25th day of January, 2019.

SEMENZA KIRCHER RICKARD

*/s/ Jarrod L. Rickard*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Christopher D. Kircher, Esq., Bar No. 11176
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendants,
Charles M. Hallinan and Hallinan Capital Corp.*

IT IS SO ORDERED.
Dated: January 28, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

3