# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS W. MCNAMARA,

    Plaintiff(s),

v.

CHARLES M. HALLINAN, et al.,

    Defendant(s).

Case No.: 2:17-cv-02966-GMN-NJK

**Order**

[Docket No. 88]

Pending before the Court is Defendants' motion to extend various discovery deadlines. Docket No. 88. A response shall be filed no later than May 9, 2019, and any reply shall be filed no later than May 10, 2019.

IT IS SO ORDERED.

Dated: May 6, 2019

Nancy J. Koppe
United States Magistrate Judge

1