# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| THOMAS W. MCNAMARA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 2:17-cv-02966-GMN-NJK |
| vs. | ) | |
| | ) | **ORDER** |
| CHARLES M. HALLINAN, *et al.*, | ) | |
| Defendants. | ) | |

Pending before the Court is the Motion for Reconsideration, (ECF No. 47), filed by Defendant Charles M. Hallinan and Defendant Hallinan Capital Corp. (collectively, "Defendants"), in which Defendants request clarification of the Order, (ECF No. 45), issued by the Honorable Kent J. Dawson or, alternatively, dismissal of this case to allow it to proceed in the proper tribunal. Subsequent to the filing of Defendants' Motion, the case was transferred to the undersigned, pursuant to the Court's Omnibus Transfer Order, (ECF No. 50). Thereafter, on August 9, 2019, Defendants filed a Motion to Stay Proceedings, (ECF No. 99), pending the resolution of their Motion for Reconsideration, (ECF No. 47), or in the alternative, to amend the scheduling order to extend the dispositive motions deadline. On September 13, 2019, Defendants and Plaintiff filed their respective Motions for Summary Judgment, (ECF Nos. 108, 111).

Accordingly, because the Omnibus Transfer Order, (ECF No. 50), eliminates the need for the relief requested in Defendants' Motion for Reconsideration, (ECF No. 47), **IT IS HEBEBY ORDERED** that the Motion for Reconsideration, (ECF No. 47), is **DENIED as moot**.

///

///

**IT IS FURTHER ORDERED** that in light of the above, Defendants' Motion for Stay, (ECF No. 99), is **DENIED as moot**.

**DATED** this __17__ day of September, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court