**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS W. MCNAMARA,<br><br>    Plaintiff(s),<br><br>v.<br><br>CHARLES M. HALLINAN, et al.,<br><br>    Defendant(s). | Case No.: 2:17-cv-02966-GMN-NJK<br><br>**Order**<br><br>[Docket No. 92] |

An unexpected conflict has arisen in the Court's duties and the Court regretfully **CONTINUES** the hearing set on Defendants' motion to withdraw admissions, Docket No. 92, to 1:00 p.m. on October 16, 2019.

IT IS SO ORDERED.

Dated: October 4, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1