# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THOMAS W. MCNAMARA,

     Plaintiff(s),

v.

CHARLES M. HALLINAN, et al.,

     Defendant(s).

Case No.: 2:17-cv-02966-GMN-NJK

**Order**

[Docket Nos. 109, 118, 121]

     Pending before the Court are three motions to seal filed by Defendants related to summary judgment motion practice. Docket Nos. 109, 118, 121. Because those motions were not sufficiently supported, the Court issued orders for Defendants to show cause why the underlying materials should not be unsealed. Docket Nos. 125, 128, 129. Defendants responded that they consent to unsealing generally, but that three exhibits were filed in error. Docket No. 132.

     Accordingly, the Clerk's Office is **INSTRUCTED** to strike the exhibits at Docket Nos. 108-3, 108-6, and 108-7. In all other respects, the motions to seal (Docket Nos. 109, 118, 121) are **DENIED**. Except for the three exhibits stricken above, the Clerk's Office is **INSTRUCTED** to unseal Docket Nos. 108, 117, and 120, and the exhibits thereto.

     IT IS SO ORDERED.

     Dated: December 2, 2019

 

                             _____

                             Nancy J. Koppe
                             United States Magistrate Judge