# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS W. MCNAMARA,

    Plaintiff(s),

v.

CHARLES M. HALLINAN, et al.,

    Defendant(s).

Case No.: 2:17-cv-02966-GMN-NJK

**Order**

[Docket No. 140]

    Pending before the Court is a motion for attorneys Chang, Gordon, and Lynch to be excused from the settlement conference. Docket No. 140. Defendants do not oppose the motion. Docket No. 141.

    As a threshold matter, the motion is untimely. *See* Docket No. 135 at 2 ("**Any request for an exception to the above personal attendance requirements must be filed and served on all parties within seven (7) days of the issuance of this order.**" (emphasis in original)). Although the Court will still consider the motion on its merits notwithstanding its untimeliness, the Court expects strict compliance with its orders moving forward.

    Turning to the merits of the motion, it appears that there can be a productive settlement conference notwithstanding the physical absence of these attorneys[1] given the other participants appearing and, further, that requiring these attorneys' appearances would result in unnecessary costs. *Cf.* Docket No. 139 at 2.

---

[1] Attorneys Chang, Gordon, and Lynch represent that they will be available by telephone. *See* Mot. at 2.

1

Accordingly, for good cause shown, the motion is **GRANTED.**

IT IS SO ORDERED.

Dated: February 6, 2020

_____
Nancy J. Koppe
United States Magistrate Judge