Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
Cornelia J. B. Gordon (*Pro Hac Vice*)
cgordon@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 900
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401

Michael F. Lynch (NV 8555)
Michael@LynchLawPractice.com
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel.:   702-684-6000
Fax:   702-543-3279

*Attorneys for Court-Appointed Monitor,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; et al.,<br><br>Plaintiff,<br>v.<br><br>CHARLES M. HALLINAN, an individual; HALLINAN CAPITAL CORP., a Delaware corporation; DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:17-cv-02966-GMN-NJK<br><br>**NOTICE OF DISMISSAL PURSUANT TO ORDER OF DECEMBER 15, 2021 [ECF NO. 172]** |

NOTICE IS HEREBY GIVEN that pursuant to the Order entered December 15, 2021 (ECF No. 172), Plaintiff hereby dismisses the above-captioned action, in its entirety, without prejudice.

Dated: December 21, 2021

M<small>C</small>N<small>AMARA</small> S<small>MITH</small> LLP

By: ___/s/ Cornelia J. B. Gordon___
Cornelia J. B. Gordon (*Pro Hac Vice*)
Logan D. Smith (*Pro Hac Vice*)
655 West Broadway, Suite 900
San Diego, California 92101
Tel.:      619-269-0400
Fax:      619-269-0401
cgordon@mcnamarallp.com;
lsmith@mcnamarallp.com

Michael F. Lynch (NV 8555)
L<small>YNCH</small> L<small>AW</small> P<small>RACTICE</small>, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel.:      702-684-6000
Fax:      702-543-3279

*Attorneys for Court-Appointed Monitor,
Thomas W. McNamara*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2021, pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF or delivered by email and mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF DISMISSAL PURSUANT TO ORDER OF DECEMBER 15, 2021 [ECF NO. 172]**, postage prepaid and addressed to the following:

**VIA CM/ECF**
Lawrence J. Semenza, III
Christopher D. Kircher
Jarrod L. Rickard
Semenza Kircher Rickard
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Tel.:   702-835-6803
Fax:   702-920-8669
Email: ljs@skrlawyers.com;
cdk@skrlawyers.com; jlr@skrlawyers.com
*Attorneys for Defendants Charles M. Hallinan and Hallinan Capital Corp.*

**VIA CM/ECF**
Adam J. Petitt (*Pro Hac Vice*)
Andrew K. Stutzman (*Pro Hac Vice*)
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel.:   215-564-8130
Fax:   215-564-8120
Email: apetitt@stradley.com;
astutzman@stradley.com
*Attorneys for Defendants Charles M. Hallinan and Hallinan Capital Corp.*

**VIA CM/ECF**
Sean K. McElenney
Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4406
Tel.:   602-364-7000
Fax:   602-364-7070
Email: skmcelenney@bclplaw.com
*Attorneys for Movants Kim Tucker, Black Creek Capital Corporation, NM Service Corporation, BA Services, LLC, and Westfund LLC*


  /s/ Cornelia J. B. Gordon
Cornelia J. B. Gordon
*Attorneys for Court-Appointed Monitor, Thomas W. McNamara*